IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KYLE LYNN MCCARTY                                                                    PLAINTIFF

v.                               CASE NO. 3:11CV00105 BSM

STEPHEN A. GILL et al.                                                             DEFENDANTS

## ORDER

Plaintiff's motion for extraordinary relief to enforce settlement [Doc. No. 25] is denied.

IT IS SO ORDERED this 6th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE