**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KYLE LYNN MCCARTY**                                                                      **PLAINTIFF**

**v.**                          **CASE NO. 3:11CV00105 BSM**

**STEPHEN A. GILL et al.**                                                                  **DEFENDANTS**

**ORDER**

Upon plaintiff Kyle McCarty's motion to dismiss [Doc. No. 29], all claims against defendants Stephen A. Gill, Gary Branscom, Todd Hudspeth, and Stacey Avey are dismissed with prejudice. Except as set forth in the parties' settlement agreement, each party will bear its own costs, attorneys' fees and expenses. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 25th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE