IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KYLE LYNN MCCARTY**                                                  **PLAINTIFF**

v.                       **CASE NO. 3:11CV00105 BSM**

**STEPHEN A. GILL et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 25th day of March 2013.

                                                                                   _____
                                                                                 UNITED STATES DISTRICT JUDGE